In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00517-CR
NO. 09-13-00520-CR

_____

**OSCAR SUAREZ JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 13-07-07572 CR and 13-07-07677 CR**

**MEMORANDUM OPINION**

On October 22, 2013, the trial court sentenced Oscar Suarez Jr. on two convictions for possession of a controlled substance with intent to deliver. Suarez filed notices of appeal on November 8, 2013. In each case, the trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals.

1

On November 18, 2013, we notified the parties that we would dismiss the appeals unless the appellant established the certifications are incorrect. No response has been filed. Because the records do not contain certifications that show the defendant has the right of appeal, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d).

APPEALS DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered December 18, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.